UNITED STATES DISTRICT COURT
For the Northern District of California

| | |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | Northern District of California |
| 4 | |
| 5 | Saharnaz Bigdeli |
| 6 | CASE NO. C 07 2288 |
| 7 | |
| 8 | Plaintiff(s), v. |
| 9 | Michael Chertoff, Sec. DHS |
| 10 | Emilio Gonzalez, USCIS Director David Still, District Director DHS |
| 11 | |
| 12 | Defendant(s). |

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Monica Ganjoo , an active member in good standing of the bar of Indiana whose business address and telephone number (particular court to which applicant is admitted) is

870 Market Street, Suite 340
San Francisco, CA 94102
(415) 495-3710

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Saharnaz Bigdeli

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 4, 2007

_____
United States Magistrate Judge