1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 SAHARNAZ BIGDELI,                )
                                    ) No. C 07-2288 EMC
13         Plaintiff,               )
                                    )
14    v.                            )
                                    ) STIPULATION TO EXTEND DATE OF
15 MICHAEL CHERTOFF, Secretary      ) CASE MANAGEMENT CONFERENCE;
   Homeland Security;               ) AND [PROPOSED] ORDER
16 EMILIO GONZALES, USCIS Director  )
   DAVID STILL, District Director,  )
17 Department of Homeland Security, )
                                    )
18         Defendants.              )
   _____    )
19

20     The plaintiff, by and through his attorney of record, and defendants by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

22     1. Plaintiff filed this action on or about April 27, 2007. The United States Attorney's Office

23 was not served until May 30, 2007.

24     2. Pursuant to this Court's April 27, 2007 Order Setting the Case Management Conference, the

25 parties are required to file a joint case management statement on July 25, 2007, and attend a case

26 management conference on August 1, 2007.

27     3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

28 case and/or Answer and prepare a joint case management statement, the parties hereby respectfully

Stip. to Extend
C07-2288 EMC                              1

Case 3:07-cv-02288-EMC  Document 9  Filed 06/11/07  Page 2 of 2
05/31/2007 16:05  4089750501           GANJOO LAW OFFICE                PAGE 05/05
Case 3:07-cv-02187-EMC Document 4 Filed 06/01/2007 Page 2 of 2 P.05

1. ask this Court to extend the dates in the Court's scheduling order as follows:
2. Last day to file Defendants' Answer:             July 30, 2007
3. Last day to file Joint ADR Certification:        August 8, 2007
4. Last day to file/serve Joint Case Management Statement: ~~August 22, 2007~~ 9/5/07
5. Case Management Conference:                     ~~August 29, 2007, at 1:30 p.m.~~ 9/12/07 @ 1:30 pm

6. Date: May 31, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

13. Date: May 31, 2007

MONICA GANJOO
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

EDWARD M. CHEN
United States District Judge

Stip. to Extend
C07-2288 EMC                       2

TOTAL P.05