| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
|  | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|  | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|  | MELANIE L. PROCTOR, CSBN 228971 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6730
FAX: (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAHARNAZ BIGDELI, | ) |
|  | ) No. C 07-2288 EMC |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) **STIPULATION TO DISMISS** |
| MICHAEL CHERTOFF, Secretary | ) **and [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |
| Homeland Security; | ) |
| EMILIO GONZALES, USCIS Director | ) |
| DAVID STILL, District Director, | ) |
| Department of Homeland Security, | ) |
|  | ) |
| Defendants. | ) |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-2288 EMC

| | | |
|---|---|---|
| 1 | Date: July 13, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |
| 4 | | _____/S/_____ |
| 5 | | MELANIE L. PROCTOR<br>Assistant United States Attorney<br>Attorneys for Defendants |

```
1    Date: July 13, 2007                    Respectfully submitted,

2                                           SCOTT N. SCHOOLS
                                            United States Attorney
3

4                                                  /S/
                                            MELANIE L. PROCTOR
5                                           Assistant United States Attorney
                                            Attorneys for Defendants
6

7
                                                   /S/
8    Date: July 13, 2007                    MONICA N. GANJOO
                                            Attorney for Plaintiff
9

10                          ORDER

11       Pursuant to stipulation, IT IS SO ORDERED.

12
     Date:    July 13, 2007
13                                          EDWA...
                                            United ...
14
                                            IT IS SO ORDERED
                                            Judge Edward M. Chen
```

Stipulation to Dismiss
C07-2288 EMC                    2